# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RONALD BRANDVOLD,

            Plaintiff,         COURT FILE NO.: 10-CV-3179 MJD/TNL

v.                                   **ORDER OF DISMISSAL
                                         WITH PREJUDICE**

ACCOUNTS RECEIVABLE
MANAGEMENT, INC., AND JANE
DOE,

            Defendants.

Based upon the stipulation of counsel [Doc #15], and all files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

That the above-captioned action shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and a judgment of dismissal with prejudice may be entered accordingly.

LET JUDGMENT BE ENTERED.

                                                       **BY THE COURT:**

Dated: June 22, 2011

                                                          s/Michael J. Davis
                                           Honorable Michael J. Davis
                                           Chief Judge
                                           U.S. District Court